# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: HERNANDEZ, DAVID JUSTO<br>HERNANDEZ, IRENE<br><br>Debtor(s) | § Case No. 8:16-bk-09932-RCT<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 21, 2016. The undersigned trustee was appointed on November 22, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         29,400.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 15,314.98 |
| Administrative expenses | 8,786.89 |
| Bank service fees | 345.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 4,953.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/07/2017 and the deadline for filing governmental claims was 05/20/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,300.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $2,787.19 as interim compensation and now requests the sum of $512.81, for a total compensation of $3,300.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $5.86 and now requests reimbursement for expenses of $76.19, for total expenses of $82.05.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/09/2018          By: /s/DAWN A. CARAPELLA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:16-bk-09932-RCT  
**Case Name:** HERNANDEZ, DAVID JUSTO  
HERNANDEZ, IRENE  
**Period Ending:** 07/09/18

**Trustee:** (290520)   DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 11/21/16 (f)  
**§341(a) Meeting Date:** 12/20/16  
**Claims Bar Date:** 04/07/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1811 N. Riverhills Dr., Tampa, FL 33617-0000, Hi<br>Imported from original petition Doc# 1 | 179,000.00 | 0.00 | | 22,500.00 | FA |
| 2 | Cash<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking business account: Bank of America accou<br>Imported from original petition Doc# 1 | 190.00 | 0.00 | | 0.00 | FA |
| 4 | checking: Bank of America, Checking, personal<br>Imported from original petition Doc# 1 | 105.00 | 0.00 | | 0.00 | FA |
| 5 | All 8 years old. Living room: couch, 2 tables,,<br>Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 6 | copy machine<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Leaving in house : Table w/6 chairs, cabinet, ch<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8 | 20 shirts, 7 pair pants, 4 pair shoes, suit, tie<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | 14 blouses, 10 pair pants, 8 pair shoes, 4 jacke<br>Imported from original petition Doc# 1 | 125.00 | 0.00 | | 0.00 | FA |
| 10 | watch, ring, chain, medal<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | watch, 2 rings, earrings<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 12 | Int. in Ins. policies: Principal Life Term $300,<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Int. in Ins. policies: Principal Life $50,000 te<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | David Hernandez Financial Services Inc., 100% ow<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | VOID:  DUPLICATE OF ASSET 14<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | VOID:  DUPLICATE OF ASSET 14<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:16-bk-09932-RCT  **Trustee:** (290520) DAWN A. CARAPELLA
**Case Name:** HERNANDEZ, DAVID JUSTO  **Filed (f) or Converted (c):** 11/21/16 (f)
HERNANDEZ, IRENE  **§341(a) Meeting Date:** 12/20/16
**Period Ending:** 07/09/18  **Claims Bar Date:** 04/07/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Freedom Debt Relief, possible refund from debt s<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 18 | 2005 Toyota Avalon, Car is in name of Corporatio<br>Imported from original petition Doc# 1 | 50.00 | 50.00 | OA | 0.00 | FA |
| 19 | ADV. 17-425 FDCPA CLAIM AGAINST WELLS FARGO  (u)<br>8/22/17 - Motion to Compromise (Dkt. 40) | Unknown | 3,000.00 | | 3,450.00 | FA |
| 20 | ADV. 17-426 AGAINST SUNTRUST  (u) | Unknown | 3,000.00 | | 3,450.00 | FA |
| 21 | ADV. 17-424 AGAINST CAPITAL ONE  (u)<br>6/27/18 - Agreed Final Order Dismissing Adv.<br>17-424 with prejudice (Adv. Dkt. 15) | Unknown | 3,000.00 | | 0.00 | FA |
| 21 | **Assets   Totals** (Excluding unknown values) | **$182,395.00** | **$10,250.00** | | **$29,400.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR

12/28/16 - T received offer to purchase surrendered real property subject to liens;

1/10/17 - Application to Employ Counsel R. Dauval (Dkt. 11);

1/10/17 - Motion to Sell surrendered real property subject to liens (Dkt. 12);

1/10/17 - Order approving Application to Employ Counsel R. Dauval (Dkt. 13);

1/17/17 - Order granting stay relief re: surrendered real property (Dkt. 15);

1/26/17 - Response with conditional consent to auction sale provided gets paid in full (Dkt. 20);

1/27/17 - Notice of Hearing scheduled for 2/21/17 @ 9:30 a.m. on Motion to Sell (Dkt. 22);

2/2/17 - Agreed Order Granting T's Motion to Sell Real Property Subject to Liens (Dkt. 25);

2/7/17 - R. Dauval email to T that surrendered property sold at auction for $22,500;

2/7/17 - Email to T. Lash re: status of FDCPA claim;

2/17/17 - R. Dauval received closing package; will forward to T;

2/20/17 - T received closing package;

2/21/17 - T deposited proceeds from sale of real property;

3/13/17 - Application to Employ T. Lash for Special Purpose (Dkt. 29);

3/13/17 - Order approving Application to Employ T. Lash for Special Purpose (Dkt. 30); Cert. of Service (Dkt. 31)

3/23/17 - Trustee's Deed filed (Dkt. 23);

4/8/17 - CLAIMS REVIEWED; no objections necessary;

4/10/17 - T approved R. Dauval's draft fee application;

4/10/17 - R. Dauval's Fee Application (Dkt. 33);

5/11/17 - Order approving R. Dauval's Fee Application ( Dkt. 35);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 8:16-bk-09932-RCT | Trustee: | (290520) DAWN A. CARAPELLA |
|---|---|---|---|
| Case Name: | HERNANDEZ, DAVID JUSTO | Filed (f) or Converted (c): | 11/21/16 (f) |
|  | HERNANDEZ, IRENE | §341(a) Meeting Date: | 12/20/16 |
| Period Ending: | 07/09/18 | Claims Bar Date: | 04/07/17 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

5/18/17 - Adv. Pro. 17-425 commenced against Wells Fargo;

5/18/17 - Adv. Pro. 17-426 filed against SunTrust Bank;

5/18/17 - Adv. pro. 17-424 filed against Capital One bank;

5/26/17 - T paid R. Dauval per Order approving Fee Application;

6/9/17 - T filed Amended Notice of Sale of real property to included closing statement (Dkt. 37);

7/7/17 - Adv. Pro. 17-426 against SunTrust - Notice Scheduling Pre-Trial/ status Conference for August 1, 2017 at 10:30 a.m.;

7/19/17 - Adv. Pro. 17-425 against Wells Fargo - Notice Scheduling Pre-Trial/status conference for Sept. 5, 2017 at 10:30 a.m.;

7/23/17 - T sent signed settlement agreement back to T. Lash Re: Adv. Pro. 17-425 against Wells Fargo;

8/1/17 - MOTION FOR INTERIM DISTRIBUTION sent to UST for approval;

8/1/17 - Adv. Pro. 17-424 against Cap One: Pre-trial held and continued to 10/24/17 @ 10:30 a.m.;

8/4/17 - T reviewed and approved fees and settlement with SunTrust;

8/7/17 - Motion to Compromise Adv. 17-426 against SunTrust Bank (Dkt. 38);

8/7/17 - Interim Fee App re: Adv. 17-426 filed by T. Lash (Dkt. 39);

8/18/17 - T approved proposed settlement and fees re: Adv. ag. Wells Fargo;

8/22/17 - Motion to Compromise Adv. 17-425 against Wells Fargo (Dkt. 40);

8/22/17 - Fee Application of T. Lash (Dkt. 41);

8/22/17 - TRUSTEE'S MOTION TO AUTHORIZE INTERIM DISTRIBUTIONS (Dkt. 42);

8/22/17 - Notice of Motion for Interim Distributions (Dkt. 43);

8/22/17 - Trustee's Application for Interim Compensation (Dkt. 44);

8/22/17 - UST's statement of no objection to Motion for Interim Distribution (Dkt. 45);

8/23/17 - T signed settlement agreement with SunTrust Bank re: Adv. Pro. 17-426 and returned to T. Lash;

9/8/17 - Order Granting Motion to Approve Compromise of Adv. 17-426 (Dkt. 46);

9/8/17 - Order approving Fee application re: Adv. Pro. 17-426 (Dkt. 47);

9/25/17 - Order approving Fee Application re: Adv. Pro. 17-425 against Wells Fargo (Dkt. 50);

9/25/17 - Order granting Motion to Compromise Adv. Pro. 17-425 ag. Wells Fargo (Dkt. 51);

9/27/17 - Order granting Motion to Authorize Interim Distributions (Dkt. 54);

9/27/17 - Cert. of Serv. on Order Granting Interim Distribution (Dkt. 55)

9/29/17 - Order approving Application for Trustee's Interim Compensation (Dkt. 56);

9/29/17 - Cert. of Serv. on Order Granting Interim Distribution (Dkt. 57);

10/18/17 - INTERIM DISTRIBUTIONS;

10/24/17 - T received net settlement funds from Adv. 17-425 and Adv. 17-426;

Adv. 17-424 against Cap One - Pre-Trial continued to 12/12/17 @ 10:30 a.m.;

12/12/17 - Pre--trial held in Adv. 17-424; Pre-Trial continued to 02/20/18 at 2:00 p.m.;

2/20/18 - Pre-trial held in Adv. 17-424; Trial scheduled for 9/25/18 @ 10:00 a.m. (6 hrs. reserved);

6/23/18 - Email to T. Lash for status of negotiations re: Adv. 17-424;

6/25/18 - Response from T. Lash;

6/25/18 - Adv. 17-424 against Cap1: Joint Stipulation for Order Dismissing Adversary Proceeding (Adv. Dkt. 14);

6/27/18 - Adv. 17-424 against Cap 1: Agreed Final Order Dismissing Adversary Proceeding with prejudice (Adv. Dkt. 15);

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 8:16-bk-09932-RCT  
**Case Name:** HERNANDEZ, DAVID JUSTO  
HERNANDEZ, IRENE  
**Period Ending:** 07/09/18  

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 11/21/16 (f)  
**§341(a) Meeting Date:** 12/20/16  
**Claims Bar Date:** 04/07/17  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

7/8/18 - Notice of Abandonment of vehicle and David Hernandez Financial Services, Inc. (Dkt. 59);

7/9/18 - Case Closed.

**Initial Projected Date Of Final Report (TFR):**    December 20, 2017          **Current Projected Date Of Final Report (TFR):**    July 9, 2018   (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 8:16-bk-09932-RCT | | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|---|
| Case Name: | HERNANDEZ, DAVID JUSTO | | Bank Name: | Rabobank, N.A. |
| | HERNANDEZ, IRENE | | Account: | ******4566 - Checking Account |
| Taxpayer ID #: | **-***1628 | | Blanket Bond: | $26,930,000.00 (per case limit) |
| Period Ending: | 07/09/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/17 | {1} | Manzo & Associates, P.A. | proceeds from sale of real property (Order granting Motion to Sell Dkt. 25) | 1110-000 | 22,500.00 | | 22,500.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 22,490.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.42 | 22,456.58 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.14 | 22,426.44 |
| 05/26/17 | 101 | Richard M. Dauval, Esq. | 5/11/17 - Order approving Fee Application (Dkt. 35) | 3210-000 | | 998.00 | 21,428.44 |
| 05/26/17 | 102 | Richard M. Dauval, Esq. | 5/11/17 - Order approving Fee Application (Dkt. 35) | 3220-000 | | 45.84 | 21,382.60 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.48 | 21,347.12 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.40 | 21,315.72 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.63 | 21,286.09 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.67 | 21,252.42 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.54 | 21,222.88 |
| 10/18/17 | 103 | DAWN A. CARAPELLA | Dividend paid 100.00% on $5.86; 9/29/17 Order auth. Interim Comp (Dkt 56) | 2200-000 | | 5.86 | 21,217.02 |
| 10/18/17 | 104 | Clerk of the U.S. Bankruptcy Court | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54) Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 20,867.02 |
| 10/18/17 | 105 | Clerk of the U.S. Bankruptcy Court | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54)Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 20,517.02 |
| 10/18/17 | 106 | Clerk of the U.S. Bankruptcy Court | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54)Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 20,167.02 |
| 10/18/17 | 107 | DAWN A. CARAPELLA | 9/29/17 - Order approving Interim Compensation (Dkt. 56)Dividend paid 100.00% on $2,787.19, Trustee Compensation; Reference: | 2100-000 | | 2,787.19 | 17,379.83 |
| 10/18/17 | 108 | Capital One Bank (USA), N.A. | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $668.92; Claim# 2 -1; Filed: $668.92; Reference: | 7100-000 | | 187.98 | 17,191.85 |
| 10/18/17 | 109 | Capital One Bank (USA), N.A. | 9/27/17 - Order authoring Interim Distribution (Dkt. 54); Dividend paid 28.10% on $6,103.15; Claim# 3 -1; Filed: $6,103.15; Reference: | 7100-000 | | 1,715.03 | 15,476.82 |
| 10/18/17 | 110 | Capital One Bank (USA), N.A. | 9/27/17 - Order authorizing Interim Distribution | 7100-000 | | 5,383.01 | 10,093.81 |
| | | | Subtotals : | | $22,500.00 | $12,406.19 | |

{} Asset reference(s)

Printed: 07/09/2018 04:20 PM V.14.03

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8:16-bk-09932-RCT  
**Case Name:** HERNANDEZ, DAVID JUSTO  
HERNANDEZ, IRENE  
**Taxpayer ID #:** **-***1628  
**Period Ending:** 07/09/18  

**Trustee:** DAWN A. CARAPELLA (290520)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4566 - Checking Account  
**Blanket Bond:** $26,930,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | (Dkt. 54); Dividend paid 28.10% on $19,156.16; Claim# 4 -1; Filed: $19,156.16; Reference: | | | | |
| 10/18/17 | 111 | Capital One Bank (USA), N.A. | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $8,114.37; Claim# 5 -1; Filed: $8,114.37; Reference: | 7100-000 | | 2,280.19 | 7,813.62 |
| 10/18/17 | 112 | Credit First NA | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $623.80; Claim# 6 -1; Filed: $623.80; Reference: | 7100-000 | | 175.29 | 7,638.33 |
| 10/18/17 | 113 | LVNV Funding, LLC its successors and assigns as | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $2,005.80; Claim# 7 -1; Filed: $2,005.80; Reference: | 7100-000 | | 563.64 | 7,074.69 |
| 10/18/17 | 114 | PYOD, LLC its successors and assigns as assignee | 9/27/17 - Order authorizing Interim Distribution ( Dkt. 54); Dividend paid 28.10% on $1,322.62; Claim# 8 -1; Filed: $1,322.62; Reference: | 7100-000 | | 371.66 | 6,703.03 |
| 10/18/17 | 115 | PYOD, LLC its successors and assigns as assignee | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $1,293.63; Claim# 9 -1; Filed: $1,293.63; Reference: | 7100-000 | | 363.52 | 6,339.51 |
| 10/18/17 | 116 | Wells Fargo Bank, N.A. | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $3,238.93; Claim# 10 -1; Filed: $3,238.93; Reference: | 7100-000 | | 910.16 | 5,429.35 |
| 10/18/17 | 117 | Wells Fargo Bank, N.A. | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $2,139.52; Claim# 11 -1; Filed: $2,139.52; Reference: | 7100-000 | | 601.22 | 4,828.13 |
| 10/18/17 | 118 | PYOD, LLC its successors and assigns as assignee | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $671.02; Claim# 12 -1; Filed: $671.02; Reference: | 7100-000 | | 188.56 | 4,639.57 |
| 10/18/17 | 119 | Synchrony Bank | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $804.16; Claim# 13 -1; Filed: $804.16; Reference: | 7100-000 | | 225.97 | 4,413.60 |
| 10/18/17 | 120 | Portfolio Recovery Associates, LLC | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $6,802.35; Claim# 14 -1; Filed: $6,802.35; Reference: | 7100-000 | | 1,911.50 | 2,502.10 |
| 10/18/17 | 121 | Portfolio Recovery Associates, LLC | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $1,070.78; Claim# 15 -1; Filed: $1,070.78; Reference: | 7100-000 | | 300.90 | 2,201.20 |
| 10/18/17 | 122 | Portfolio Recovery Associates, LLC | 9/27/17 - Order authorizing Interim Distribution (Dkt. 54); Dividend paid 28.10% on $485.21; | 7100-000 | | 136.35 | 2,064.85 |

Subtotals : $0.00   $8,028.96

{} Asset reference(s)

Printed: 07/09/2018 04:20 PM   V.14.03

# Form 2
## Cash Receipts And Disbursements Record

| | | |  | | |
|---|---|---|---|---|---|
| **Case Number:** | 8:16-bk-09932-RCT | | **Trustee:** | DAWN A. CARAPELLA (290520) | |
| **Case Name:** | HERNANDEZ, DAVID JUSTO | | **Bank Name:** | Rabobank, N.A. | |
| | HERNANDEZ, IRENE | | **Account:** | ******4566 - Checking Account | |
| **Taxpayer ID #:** | **-***1628 | | **Blanket Bond:** | $26,930,000.00 (per case limit) | |
| **Period Ending:** | 07/09/18 | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Claim# 16 -1; Filed: $485.21; Reference: | | | | |
| 10/24/17 | | Thomas A. Lash, Esq. | net proceeds from Adv. 17-426/SunTrust (9/8/17 Order approving compromise Dkt. 46) | | 1,500.00 | | 3,564.85 |
| | {20} | | gross settlement Adv. 17-426 (9/8/17 Order Dkt. 46)  3,450.00 | 1249-000 | | | 3,564.85 |
| | | Thomas A. Lash, Esq. | 9/8/17 - Order approving Fee App (Dkt. 47)  -1,950.00 | 3210-002 | | | 3,564.85 |
| 10/24/17 | | Lash Wilcox & Grace, PL | net proceeds re: Adv. 17-425/ Wells Fargo (9/25/17 Order approving Compromise Dkt. 51) | | 1,500.00 | | 5,064.85 |
| | {19} | | Gross proceeds re Adv. 17-425 (9/25/17 Order Dkt. 51)  3,450.00 | 1249-000 | | | 5,064.85 |
| | | Thomas A. Lash, Esq. | 9/25/17 - Order approving Fee App (Dkt. 50)  -1,950.00 | 3210-002 | | | 5,064.85 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.84 | 5,033.01 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,023.01 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,013.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,003.01 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,993.01 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,983.01 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,973.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,963.01 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,953.01 |
| | | | **ACCOUNT TOTALS** | | 25,500.00 | 20,546.99 | **$4,953.01** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,500.00 | 20,546.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,500.00** | **$20,546.99** | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 8:16-bk-09932-RCT | **Trustee:** DAWN A. CARAPELLA (290520) |
| **Case Name:** HERNANDEZ, DAVID JUSTO | **Bank Name:** Rabobank, N.A. |
| HERNANDEZ, IRENE | **Account:** ******4566 - Checking Account |
| **Taxpayer ID #:** **-***1628 | **Blanket Bond:** $26,930,000.00 (per case limit) |
| **Period Ending:** 07/09/18 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4566** | 25,500.00 | 20,546.99 | 4,953.01 |
| | $25,500.00 | $20,546.99 | $4,953.01 |

{} Asset reference(s)  Printed: 07/09/2018 04:20 PM  V.14.03

# Exhibit "C" - Claims Analysis

**Case: 8:16-bk-09932-RCT**     **HERNANDEZ, DAVID JUSTO**

Claims Bar Date: 04/07/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 -1 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>01/11/17 | SCHEDULED; DOCUMENTATION ATTACHED; VALID SECURED CLAIM BUT NO DISTRIBUTION | $146,750.81<br>$0.00 | $0.00 | $0.00 |
| | DAWN A. CARAPELLA<br>P.O. Box 67<br>Valrico, FL 33595-0067<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>11/21/16 | | $82.05<br>$82.05 | $5.86 | $76.19 |
| | Richard M. Dauval, Esq.<br>Leavengood, Dauval, Boyle & Meyer, P.A.<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>11/21/16 | 4/10/17 - Fee Application (Dkt. 33);<br>5/11/17 - Order approving Fee Application (Dkt. 35) | $998.00<br>$998.00 | $998.00 | $0.00 |
| | Richard M. Dauval, Esq.<br>Leavengood, Dauval, Boyle & Meyer, P.A.<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>11/21/16 | 4/10/17 - Fee Application (Dkt. 33);<br>5/11/17 - Order approving Fee Application (Dkt. 35) | $45.84<br>$45.84 | $45.84 | $0.00 |
| | Clerk of the U.S. Bankruptcy Court<br>801 N. Florida Ave., Suite 555<br>Tampa, FL 33602<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>11/21/16 | Deferred filing fee for Adv. 17-425 against Wells Fargo Bank, N.A. | $350.00<br>$350.00 | $350.00 | $0.00 |
| | Clerk of the U.S. Bankruptcy Court<br>801 N. Florida Ave., Suite 555<br>Tampa, FL 33602<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>11/21/16 | Deferred filing fee for Adv. 17-424 against Capital One Bank | $350.00<br>$350.00 | $350.00 | $0.00 |
| | Clerk of the U.S. Bankruptcy Court<br>801 N. Florida Ave., Suite 555<br>Tampa, FL 33602<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>11/21/16 | Deferred filing fee for Adv. 17-426 against SunTrust Bank | $350.00<br>$350.00 | $350.00 | $0.00 |
| | DAWN A. CARAPELLA<br>P.O. Box 67<br>Valrico, FL 33595-0067<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>11/21/16 | | $3,300.00<br>$3,300.00 | $2,787.19 | $512.81 |

## Exhibit "C" - Claims Analysis

**Case: 8:16-bk-09932-RCT**          **HERNANDEZ, DAVID JUSTO**

Claims Bar Date:   04/07/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Thomas A. Lash, Esq. Lash Wilcox & Grace, PL 4950 W. Kennedy Blvd., Suite 320 Tampa, FL 33609 <3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7 11/21/16 | 8/22/17 - Fee Application re: Adv. 17-425 (Dkt. 41) 9/25/17 - Order approving Fee Application re: Adv. 17-425 (Dkt. 50) | $1,950.00 $1,950.00 | $1,950.00 | $0.00 |
| | Thomas A. Lash, Esq. Lash Wilcox & Grace, PL 4950 W. Kennedy Blvd., Suite 320 Tampa, FL 33609 <3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7 11/21/16 | 9/8/17 - Order approving Fee Application re: Adv. 17-426 against SunTrust Bank (Dkt. 47) | $1,950.00 $1,950.00 | $1,950.00 | $0.00 |
| 2 -1 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/27/17 | ACCT. 7203 SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $668.92 $668.92 | $187.98 | $480.94 |
| 3 -1 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/27/17 | ACCT. 8516 SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $6,103.15 $6,103.15 | $1,715.03 | $4,388.12 |
| 4 -1 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/27/17 | ACCT. 1752 SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $19,156.16 $19,156.16 | $5,383.01 | $13,773.15 |
| 5 -1 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/27/17 | ACCT. 9709 SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $8,114.37 $8,114.37 | $2,280.19 | $5,834.18 |
| 6 -1 | Credit First NA PO Box 818011 Cleveland, OH 44181 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/08/17 | ACCT. 7106 HISTORY ATTACHED; SCHEDULED; VALID CLAIM | $623.80 $623.80 | $175.29 | $448.51 |
| 7 -1 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services,PO Box 10587 Greenville, SC 29603-0587 | Unsecured 02/09/17 | CREDIT ONE BANK SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $2,005.80 $2,005.80 | $563.64 | $1,442.16 |

# Exhibit "C" - Claims Analysis

**Case: 8:16-bk-09932-RCT**      **HERNANDEZ, DAVID JUSTO**

Claims Bar Date: 04/07/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 -1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured 02/22/17 | ACCT. 3783 SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $1,322.62 $1,322.62 | $371.66 | $950.96 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 -1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured 02/22/17 | ACCT. 2980 SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $1,293.63 $1,293.63 | $363.52 | $930.11 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 -1 | Wells Fargo Bank, N.A. Wells Fargo Card Services PO Box 10438, MAC F8235-02F Des Moines, IA 50306-0438 | Unsecured 03/27/17 | ACCT. 7871 SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $3,238.93 $3,238.93 | $910.16 | $2,328.77 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 -1 | Wells Fargo Bank, N.A. Wells Fargo Card Services PO Box 10438, MAC F8235-02F Des Moines, IA 50306-0438 | Unsecured 03/27/17 | ACCT. 7140 SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $2,139.52 $2,139.52 | $601.22 | $1,538.30 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 -1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured 03/28/17 | HOME DEPOT SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $671.02 $671.02 | $188.56 | $482.46 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 -1 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Unsecured 03/28/17 | CARE CREDIT SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $804.16 $804.16 | $225.97 | $578.19 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14 -1 | Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541 | Unsecured 04/06/17 | SEARS ACCT. 0799 STATEMENTS ATTACHED; SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $6,802.35 $6,802.35 | $1,911.50 | $4,890.85 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit "C" - Claims Analysis

**Case: 8:16-bk-09932-RCT**         **HERNANDEZ, DAVID JUSTO**

Claims Bar Date: 04/07/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 -1 | Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/06/17 | CITIBANK ACCT. 2825 STATEMENTS ATTACHED; SCHEDULED FOR HIGHER AMT.; VALID CLAIM | $1,070.78 $1,070.78 | $300.90 | $769.88 |
| 16 -1 | Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/07/17 | SYNCHRONY/ STEIN MART SCHEDULED FOR APPROX. SAME AMT.; VALID CLAIM | $485.21 $485.21 | $136.35 | $348.86 |
| | | | **Case Total:** | | $24,101.87 | $39,774.44 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 8:16-bk-09932-RCT
Case Name: HERNANDEZ, DAVID JUSTO
Trustee Name: DAWN A. CARAPELLA

**Balance on hand:** $ 4,953.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 -1 | SunTrust Bank | 146,750.81 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,953.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAWN A. CARAPELLA | 3,300.00 | 2,787.19 | 512.81 |
| Trustee, Expenses - DAWN A. CARAPELLA | 82.05 | 5.86 | 76.19 |
| Attorney for Trustee, Fees - Richard M. Dauval, Esq. | 998.00 | 998.00 | 0.00 |
| Attorney for Trustee, Expenses - Richard M. Dauval, Esq. | 45.84 | 45.84 | 0.00 |
| Charges, U.S. Bankruptcy Court | 1,050.00 | 1,050.00 | 0.00 |
| Attorney for Trustee Fees - Thomas A. Lash, Esq. | 3,900.00 | 3,900.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 589.00
Remaining balance: $ 4,364.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,364.01

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,364.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,500.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -1 | Capital One Bank (USA), N.A. | 668.92 | 187.98 | 53.56 |
| 3 -1 | Capital One Bank (USA), N.A. | 6,103.15 | 1,715.03 | 488.69 |
| 4 -1 | Capital One Bank (USA), N.A. | 19,156.16 | 5,383.01 | 1,533.89 |
| 5 -1 | Capital One Bank (USA), N.A. | 8,114.37 | 2,280.19 | 649.74 |
| 6 -1 | Credit First NA | 623.80 | 175.29 | 49.95 |
| 7 -1 | LVNV Funding, LLC its successors and assigns as | 2,005.80 | 563.64 | 160.61 |
| 8 -1 | PYOD, LLC its successors and assigns as assignee | 1,322.62 | 371.66 | 105.91 |
| 9 -1 | PYOD, LLC its successors and assigns as assignee | 1,293.63 | 363.52 | 103.58 |
| 10 -1 | Wells Fargo Bank, N.A. | 3,238.93 | 910.16 | 259.35 |
| 11 -1 | Wells Fargo Bank, N.A. | 2,139.52 | 601.22 | 171.32 |
| 12 -1 | PYOD, LLC its successors and assigns as assignee | 671.02 | 188.56 | 53.73 |
| 13 -1 | Synchrony Bank | 804.16 | 225.97 | 64.40 |
| 14 -1 | Portfolio Recovery Associates, LLC | 6,802.35 | 1,911.50 | 544.69 |

**UST Form 101-7-TFR (05/1/2011)**

| 15 -1 | Portfolio Recovery Associates, LLC | 1,070.78 | 300.90 | 85.74 |
|---|---|---|---|---|
| 16 -1 | Portfolio Recovery Associates, LLC | 485.21 | 136.35 | 38.85 |

Total to be paid for timely general unsecured claims: $ 4,364.01
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**