# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 8:16-BK-09932 RCT | Trustee: | (290520) DAWN A. CARAPELLA |
| --- | --- | --- | --- |
| Case Name: | HERNANDEZ, DAVID JUSTO | Filed (f) or Converted (c): | 11/21/16 (f) |
| | HERNANDEZ, IRENE | §341(a) Meeting Date: | 12/20/16 |
| Period Ending: | 09/12/18 | Claims Bar Date: | 04/07/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1811 N. Riverhills Dr., Tampa, FL 33617-0000, Hi<br>Imported from original petition Doc# 1 | 179,000.00 | 0.00 | | 22,500.00 | FA |
| 2 | Cash<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking business account: Bank of America accou<br>Imported from original petition Doc# 1 | 190.00 | 0.00 | | 0.00 | FA |
| 4 | checking: Bank of America, Checking, personal<br>Imported from original petition Doc# 1 | 105.00 | 0.00 | | 0.00 | FA |
| 5 | All 8 years old. Living room: couch, 2 tables,,<br>Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 6 | copy machine<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Leaving in house : Table w/6 chairs, cabinet, ch<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8 | 20 shirts, 7 pair pants, 4 pair shoes, suit, tie<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | 14 blouses, 10 pair pants, 8 pair shoes, 4 jacke<br>Imported from original petition Doc# 1 | 125.00 | 0.00 | | 0.00 | FA |
| 10 | watch, ring, chain, medal<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 8:16-BK-09932 RCT | Trustee: (290520) DAWN A. CARAPELLA |
| --- | --- | --- |
| Case Name: | HERNANDEZ, DAVID JUSTO | Filed (f) or Converted (c): 11/21/16 (f) |
| | HERNANDEZ, IRENE | §341(a) Meeting Date: 12/20/16 |
| Period Ending: | 09/12/18 | Claims Bar Date: 04/07/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 11 | watch, 2 rings, earrings<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 12 | Int. in Ins. policies: Principal Life Term $300,<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Int. in Ins. policies: Principal Life $50,000 te<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | David Hernandez Financial Services Inc., 100% ow<br>Imported from original petition Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 15 | VOID: DUPLICATE OF ASSET 14<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 16 | VOID: DUPLICATE OF ASSET 14<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Freedom Debt Relief, possible refund from debt s<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 18 | 2005 Toyota Avalon, Car is in name of Corporatio<br>Imported from original petition Doc# 1 | 50.00 | 50.00 | OA | 0.00 | FA |
| 19 | ADV. 17-425 FDCPA CLAIM AGAINST WELLS FARGO (u)<br>8/22/17 - Motion to Compromise (Dkt. 40) | Unknown | 3,000.00 | | 3,450.00 | FA |
| 20 | ADV. 17-426 AGAINST SUNTRUST  (u) | Unknown | 3,000.00 | | 3,450.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 8:16-BK-09932 RCT | Trustee: | (290520) DAWN A. CARAPELLA |
|---|---|---|---|
| Case Name: | HERNANDEZ, DAVID JUSTO | Filed (f) or Converted (c): | 11/21/16 (f) |
| | HERNANDEZ, IRENE | §341(a) Meeting Date: | 12/20/16 |
| Period Ending: | 09/12/18 | Claims Bar Date: | 04/07/17 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | ADV. 17-424 AGAINST CAPITAL ONE (u) 6/27/18 - Agreed Final Order Dismissing Adv. 17-424 with prejudice (Adv. Dkt. 15) | Unknown | 3,000.00 | | 0.00 | FA |
| 21 Assets | Totals (Excluding unknown values) | $182,395.00 | $10,250.00 | | $29,400.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Waiting for approved worksheet

12/28/16 - T received offer to purchase surrendered real property subject to liens;
1/10/17 - Application to Employ Counsel R. Dauval (Dkt. 11);
1/10/17 - Motion to Sell surrendered real property subject to liens (Dkt. 12);
1/10/17 - Order approving Application to Employ Counsel R. Dauval (Dkt. 13);
1/17/17 - Order granting stay relief re: surrendered real property (Dkt. 15);
1/26/17 - Response with conditional consent to auction sale provided gets paid in full (Dkt. 20);
1/27/17 - Notice of Hearing scheduled for 2/21/17 @ 9:30 a.m. on Motion to Sell (Dkt. 22);
2/2/17 - Agreed Order Granting T's Motion to Sell Real Property Subject to Liens (Dkt. 25);
2/7/17 - R. Dauval email to T that surrendered property sold at auction for $22,500;
2/7/17 - Email to T. Lash re: status of FDCPA claim;
2/17/17 - R. Dauval received closing package; will forward to T;
2/20/17 - T received closing package;
2/21/17 - T deposited proceeds from sale of real property;
3/13/17 - Application to Employ T. Lash for Special Purpose (Dkt. 29);
3/13/17 - Order approving Application to Employ T. Lash for Special Purpose (Dkt. 30); Cert. of Service (Dkt. 31)
3/23/17 - Trustee's Deed filed (Dkt. 23);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 8:16-BK-09932 RCT | Trustee: | (290520) DAWN A. CARAPELLA |
|---|---|---|---|
| Case Name: | HERNANDEZ, DAVID JUSTO | Filed (f) or Converted (c): | 11/21/16 (f) |
| | HERNANDEZ, IRENE | §341(a) Meeting Date: | 12/20/16 |
| Period Ending: | 09/12/18 | Claims Bar Date: | 04/07/17 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>_Abandoned_<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/8/17 - CLAIMS REVIEWED; no objections necessary;
4/10/17 - T approved R. Dauval's draft fee application;
4/10/17 - R. Dauval's Fee Application (Dkt. 33);
5/11/17 - Order approving R. Dauval's Fee Application ( Dkt. 35);
5/18/17 - Adv. Pro. 17-425 commenced against Wells Fargo;
5/18/17 - Adv. Pro. 17-426 filed against SunTrust Bank;
5/18/17 - Adv. pro. 17-424 filed against Capital One bank;
5/26/17 - T paid R. Dauval per Order approving Fee Application;
6/9/17 - T filed Amended Notice of Sale of real property to included closing statement (Dkt. 37);
7/7/17 - Adv. Pro. 17-426 against SunTrust - Notice Scheduling Pre-Trial/ status Conference for August 1, 2017 at 10:30 a.m.;
7/19/17 - Adv. Pro. 17-425 against Wells Fargo - Notice Scheduling Pre-Trial/status conference for Sept. 5, 2017 at 10:30 a.m.;
7/23/17 - T sent signed settlement agreement back to T. Lash Re: Adv. Pro. 17-425 against Wells Fargo;
8/1/17 - MOTION FOR INTERIM DISTRIBUTION sent to UST for approval;
8/1/17 - Adv. Pro. 17-424 against Cap One: Pre-trial held and continued to 10/24/17 @ 10:30 a.m.;
8/4/17 - T reviewed and approved fees and settlement with SunTrust;
8/7/17 - Motion to Compromise Adv. 17-426 against SunTrust Bank (Dkt. 38);
8/7/17 - Interim Fee App re: Adv. 17-426 filed by T. Lash (Dkt. 39);
8/18/17 - T approved proposed settlement and fees re: Adv. ag. Wells Fargo;
8/22/17 - Motion to Compromise Adv. 17-425 against Wells Fargo (Dkt. 40);
8/22/17 - Fee Application of T. Lash (Dkt. 41);
8/22/17 - TRUSTEE'S MOTION TO AUTHORIZE INTERIM DISTRIBUTIONS (Dkt. 42);
8/22/17 - Notice of Motion for Interim Distributions (Dkt. 43);
8/22/17 - Trustee's Application for Interim Compensation (Dkt. 44);
8/22/17 - UST's statement of no objection to Motion for Interim Distribution (Dkt. 45);
8/23/17 - T signed settlement agreement with SunTrust Bank re: Adv. Pro. 17-426 and returned to T. Lash;

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| Case Number: | 8:16-BK-09932 RCT | Trustee: | (290520) DAWN A. CARAPELLA |
| --- | --- | --- | --- |
| Case Name: | HERNANDEZ, DAVID JUSTO<br>HERNANDEZ, IRENE | Filed (f) or Converted (c):<br>§341(a) Meeting Date: | 11/21/16 (f)<br>12/20/16 |
| Period Ending: | 09/12/18 | Claims Bar Date: | 04/07/17 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

9/8/17 - Order Granting Motion to Approve Compromise of Adv. 17-426 (Dkt. 46);
9/8/17 - Order approving Fee application re: Adv. Pro. 17-426 (Dkt. 47);
9/25/17 - Order approving Fee Application re: Adv. Pro. 17-425 against Wells Fargo (Dkt. 50);
9/25/17 - Order granting Motion to Compromise Adv. Pro. 17-425 ag. Wells Fargo (Dkt. 51);
9/27/17 - Order granting Motion to Authorize Interim Distributions (Dkt. 54);
9/27/17 - Cert. of Serv. on Order Granting Interim Distribution (Dkt. 55)
9/29/17 - Order approving Application for Trustee's Interim Compensation (Dkt. 56);
9/29/17 - Cert. of Serv. on Order Granting Interim Distribution (Dkt. 57);
10/18/17 - INTERIM DISTRIBUTIONS;
10/24/17 - T received net settlement funds from Adv. 17-425 and Adv. 17-426;
Adv. 17-424 against Cap One - Pre-Trial continued to 12/12/17 @ 10:30 a.m.;
12/12/17 - Pre--trial held in Adv. 17-424; Pre-Trial continued to 02/20/18 at 2:00 p.m.;
2/20/18 - Pre-trial held in Adv. 17-424; Trial scheduled for 9/25/18 @ 10:00 a.m. (6 hrs. reserved);
6/23/18 - Email to T. Lash for status of negotiations re: Adv. 17-424;
6/25/18 - Response from T. Lash;
6/25/18 - Adv. 17-424 against Cap1: Joint Stipulation for Order Dismissing Adversary Proceeding (Adv. Dkt. 14);
6/27/18 - Adv. 17-424 against Cap 1: Agreed Final Order Dismissing Adversary Proceeding with prejudice (Adv. Dkt. 15);
7/8/18 - Notice of Abandonment of vehicle and David Hernandez Financial Services, Inc. (Dkt. 59);
7/9/18 - Case Closed.
7/9/18 - Trustee's Fee Application (Dkt. 60)
8/20/18 - Notice of NFR and Cert. of Serv. (Dkt. 62)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

| Case Number: | 8:16-BK-09932 RCT | Trustee: (290520) | DAWN A. CARAPELLA |
|---|---|---|---|
| Case Name: | HERNANDEZ, DAVID JUSTO | Filed (f) or Converted (c): | 11/21/16 (f) |
|  | HERNANDEZ, IRENE | §341(a) Meeting Date: | 12/20/16 |
| Period Ending: | 09/12/18 | Claims Bar Date: | 04/07/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): December 20, 2017     Current Projected Date Of Final Report (TFR): July 9, 2018 (Actual)

.