UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:16-BK-09932 RCT
                                                    Chapter 7
DAVID HERNANDEZ,
IRENE HERNANDEZ

    Debtor(s).
_____/

## CERTIFICATE OF SERVICE
**(Doc. No. 65)**

I HEREBY CERTIFY that on Tuesday, September 18, 2018, a true and correct copy of the Order Allowing Administrative Expenses (Doc. No. 65) entered by the Court on September 18, 2018 was served by the U.S. Mail or where possible on the CM/ECF participants via electronic delivery, on Debtor(s): David & Irene Hernandez; the Office of the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; and the attached mailing matrix.

Dated: September 18, 2018

                                  /s/ Dawn A. Carapella
                                Dawn A. Carapella, Trustee
                                Chapter 7 Trustee
                                P.O. Box 67
                                Valrico, FL 33595-0067
                                Telephone: (813) 685-8694
                                E-mail: dcarapellatrustee@gmail.com

ORDERED.

Dated: September 18, 2018

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: ) | |
| DAVID HERNANDEZ ) | Case No. 8:16-BK-09932 RCT |
| IRENE HERNANDEZ ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## ORDER ALLOWING ADMINISTRATIVE EXPENSES

This case came on for consideration on Trustee's Final Report (Doc. No. 61) and Applications for Compensation (Doc. No. 60). The United States Trustee has reviewed the final report. All creditors and parties in interest have been given notice and the opportunity for a hearing of all pending applications for compensation and all pending administrative claims. All objections, if any, are resolved. It is therefore,

ORDERED:

1. The following expenses of administration which have not been paid are allowed, and the trustee is directed to pay these expenses to the person(s) so indicated.

| Application or Reason | Fees | Expenses |
|---|---|---|
| DAWN A. CARAPELLA, Trustee | $ 512.81 | $ 76.19 |
| TOTAL COSTS OF ADMINISTRATION ORDERED PAID: | | $ 589.00 |

2. The following expenses of administration which have been previously paid without entry by the court of a specific order authorizing payment of them are allowed as indicated:

NONE

3. The Trustee has reported to the Court that no remaining assets are susceptible of liquidation and that any remaining assets are burdensome and should be abandoned. That abandonment is authorized.

\*\*\*

Dawn A. Carapella, Trustee, is directed to serve a copy of this Order on interested parties and file a Proof of Service within three (3) days of the entry of the Order.

```
Label Matrix for local noticing      Richard M Dauval                      David Justo Hernandez
113A-8                               Leavengood, Nash, Dauval & Boyle      6237 Dewdrop Way
Case 8:16-bk-09932-RCT               3900 First Street North, Suite 100    Temple Terrace, FL 33617-1734
Middle District of Florida           St. Petersburg, FL 33703-6109
Tampa
Tue Sep 18 10:22:34 EDT 2018

Irene Hernandez                      Capital One                           Capital One Bank (USA), N.A.
6237 Dewdrop Way                     Po Box 30285                          PO Box 71083
Temple Terrace, FL 33617-1734        Salt Lake City, UT 84130-0285         Charlotte, NC  28272-1083


Citibank                             Citibank                              Citibank/Sunoco
Citicorp Cr Srvs                     Citicorp Credit Srvs                  Citicorp Credit Card/Centralized Bankrup
Po Box 790040                        Po Box 790040                         Po Box 790040
S Louis, MO 63179-0040               Saint Louis, MO 63179-0040            St Louis, MO 63179-0040


Citibank/The Home Depot              Coldwater Creek                       Credit First N A
Citicorp Cr Srvs/Centralized Bankruptcy   1176 E. Dayton Yellow Spring     6275 Eastland Rd
Po Box 790040                        Fairborn, OH 45324-6324               Brookpark, OH 44142-1399
S Louis, MO 63179-0040


Credit First NA                      Global Credit & Collections           LVNV Funding
PO Box 818011                        5440 N Cumberland Ave.                Po Box 10497
Cleveland OH 44181-8011              Suite 300                             Greenville, SC 29603-0497
                                     Chicago, IL 60656-1486


LVNV Funding, LLC its successors and assigns   PYOD, LLC its successors and assigns as assi   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
assignee of FNBM, LLC                of Citibank, N.A.                     PO BOX 41067
Resurgent Capital Services           Resurgent Capital Services            NORFOLK VA 23541-1067
PO Box 10587                         PO Box 19008
Greenville, SC 29603-0587            Greenville, SC 29602-9008

Sun Trust                            SunTrust Bank                         Suntrust Bk Tampa Bay
PO Box 4997                          Attn: Support Services                Attn:Bankruptcy Dept
Orlando, FL 32802-4997               P.O. Box 85092                        Po Box 85092 Mc Va-Wmrk-7952
                                     Richmond, VA 23286-0001               Richmond, VA 23285-5092


Synchrony Bank                       Synchrony Bank/Care Credit            Synchrony Bank/Stein Mart
c/o PRA Receivables Management, LLC  Po Box 965064                         Po Box 965064
PO Box 41021                         Orlando, FL 32896-5064                Orlando, FL 32896-5064
Norfolk VA 23541-1021


Visa Dept Store National Bank        Wells Fargo Bank Card                 Wells Fargo Bank, N.A.
Attn: Bankruptcy                     Mac F82535-02f                        Wells Fargo Card Services
Po Box 8053                          Po Box 10438                          PO Box 10438, MAC F8235-02F
Mason, OH 45040-8053                 Des Moines, IA 50306-0438             Des Moines, IA 50306-0438


Wells Fargo Home Mor                 Zakheim & Associates                  Michael Barnett +
Correspondence                       113 S. University Dr.                 Michael Barnett, PA
Mac#2302-04e  Pob 10335              Plantation, FL 33324                  506 N. Armenia Ave.
Des Moines, IA 50306                                                       Tampa, FL 33609-1703
```

| | | |
|---|---|---|
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Richard M Dauval +<br>LeavenLaw<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703-6109 | Richard M Dauval, Attorney for Trustee +<br>LeavenLaw<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703-6109 |
| Adam S Russo +<br>Lefkoff Rubin Gleason and Russo, PC<br>5555 Glenridge Connector<br>Suite 900<br>Atlanta, GA 30342-4762 | Thomas A Lash, Attorney for Trustee +<br>Lash, Wilcox & Grace PL<br>4950 W. Kennedy Blvd., Suite 320<br>Tampa, FL 33609-1830 | Dawn A Carapella +<br>P.O. Box 67<br>Valrico, FL 33595-0067 |
| Neisi L Garcia Ramirez +<br>Brook & Scott, PLLC<br>1501 NW 49th Street, Suite 200<br>Ft. Lauderdale, FL 33309-3723 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SunTrust Bank | (u)Wells Fargo Bank, N.A.<br>Brock & Scott, PLLC<br>c/o Neisi I. Garcia Ramirez, Esq.<br>PO. Box 25018<br>Tampa | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     2<br>Total                  38 |